UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGUSTIN GARCIA MORAN, MOISES
DOMINGUEZ, and ROGELIO CAYETANO
*individually and on behalf of others similarly situated,*

      *Plaintiffs,*

  -against-

ORGANIC 7 MARKET INC. (D/B/A 7 MARKET
PLACE INC.), HENRY YOUNSUB BYUN, and
HEIDI KIM,

      *Defendants.*

18-cv-02498-JPO-GWG

SETTLEMENT AGREEMENT
AND
RELEASE

  This Settlement Agreement and Release of Claims ("Agreement") is entered into by and among Plaintiffs Agustin Garcia Moran, Moises Dominguez, and Rogelio Cayetano, ("Plaintiffs") on the one hand, Organic 7 Market Inc. (d/b/a 7 Market Place Inc.), ("Defendant Corporation"), Henry Younsub Byun, and Heidi Kim, ("Individual Defendants"), (collectively, "Defendants"), on the other hand.

  WHEREAS, Plaintiffs allege that they worked for Defendants as employees; and

  WHEREAS, a dispute has arisen regarding Plaintiffs' alleged employment and the terms thereof, which dispute has resulted in the filing of an action in the United States District Court for the Southern District of New York, Civil Action No: 18-cv-02498-JPO-GWG (hereinafter "the Litigation"), alleging, among other things, a violation of federal and state wage and hour and overtime laws;

  WHEREAS, Defendants deny any violation of federal and state wage and hour and overtime laws; and

  WHEREAS, the parties desire to resolve all disputes between them without the necessity of further litigation;

  NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed as follows:

  1.  Payment: Defendants shall pay or cause to be paid to Plaintiffs, subject to the terms and conditions of this Agreement, and as full, complete, and final settlement and final satisfaction of any and all claims or potential claims Plaintiffs may have against Defendants through the Effective Date of this Agreement, including all counsel fees and costs incurred by Plaintiffs, the gross sum of One Hundred Thirty-Five Thousand Dollars and No Cents (**$135,000.00**) (the

"Settlement Amount") to be paid to in Thirty-Six ("36") installments, as follows: one-third of the Settlement Amount ($45,000) payable to Michael A. Faillace, Esq., as Attorney for Plaintiffs; and two-thirds of the Settlement Amount ($90,000) payable to Plaintiffs, in the following way:

(a) a check in the amount of $1,250 each month for thirty-six (36) months, made payable to "Michael A. Faillace, Esq.", as Attorney for Plaintiffs;

(b) a check made payable to "Agustin Garcia Moran" in the amount of $828.13 each month for the first thirty-five (35) months, and in the amount of $828.40 on the thirty-sixth month;

(c) a check made payable to "Moises Dominguez" in the amount of $665.86 each month for the first thirty-five (35) months, and $665.97 on the thirty-sixth month;

(d) a check made payable to Rogelio Cayetano in the amount of $1,005.99 each month for the first thirty-five (35) months, and $1,006.33 on the thirty-sixth month;

All checks for the Settlement Amount shall be delivered to the Michael Faillace & Associates, P.C. at the address 60 East 42nd Street, Suite 4510, New York, New York 10165 by the 15th of each month, with the first payment due March 15, 2019. The last monthly payment shall be due February 15, 2022.

Concurrently with the execution of this Agreement, Defendants Organic 7 Market Inc. (d/b/a 7 Market Place Inc.), Henry Younsub Byun, and Heidi Kim shall each execute and deliver to Plaintiffs' counsel confessions of judgment ("Confessions of Judgment") in the form annexed hereto as Exhibits respectively. The Parties hereby acknowledge and agree that the Confessions of Judgments will be held in escrow by Plaintiffs' counsel, and will not be entered and/or filed at any time other than (i) in the event that the Defendants fail to make any of the installment payments as set forth above, i.e., one of the postdated checks fails to clear, or Defendants fail to deliver the payments to counsel within five days of the Court approving the Agreement, and (ii) Defendants fail to cure such default within ten (10) business days of receipt of written notice (to be delivered to Defendants by first class mail and email via their counsel, Joshua Lim, Esq., at 460 Bergen Blvd Suite 305, Palisades Park, NJ 07650, joshualim@kcllawfirm.com. Any such Notice of Default shall be deemed received five (5) days after it is mailed.

2. <u>Tax Treatment</u>: Defendants makes no representations with respect to the taxability, in whole or in part, of the Settlement Payment. Plaintiffs agree to pay any and all taxes and assessments that are or may become due and owing on account of the payment of any of the Settlement Payment, and to indemnify Defendants for any taxes and assessments (including but not limited to penalties or interest) that Defendants may be required to pay as a result of Plaintiffs' failure to pay required taxes or other assessments on any portion of the Settlement Payment, with the exception being standard employer FICA and FUTA matching taxes paid by employer.

3. <u>Other Actions</u>: Plaintiffs represent that they have not filed or participated in any action, charge, complaint or proceeding of any kind against the Defendants, in any court or before any administrative or investigative body or agency (other than in the Litigation).

4. <u>Release and Covenant Not To Sue</u>: Plaintiffs hereby irrevocably and unconditionally release from and forever discharges and covenant not to sue Defendants, and for

each of them, their heirs, successors, assigns, affiliates, parent organizations, subsidiaries, directors, owners, shareholders, members, agents, attorneys, legal representatives and managers any and all charges, complaints, claims, causes of action, suits, debts, liens, contracts, rights, demands, controversies, losses, costs and or expenses, including legal fees and any other liabilities of any kind or nature whatsoever, known or unknown, suspected or unsuspected, whether fixed or contingent (hereinafter referred to as "claim" or "claims") which each Plaintiffs at any time has, had, claims or claimed to have against Defendants relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement.  Similarly, Defendants release and discharge Plaintiffs from any and all known claims, and liabilities of any kind that they have, had or claimed to have against Plaintiffs relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement.

5. <u>No Admission of Wrongdoing</u>: This Agreement and compliance with this Agreement shall not be construed as an admission by Defendants of any liability whatsoever, or of any violation of any statute, regulation, duty, contract, right or order.

6. <u>Modification of the Agreement</u>: This Agreement may not be changed unless the changes are in writing and signed by a proper representative of Plaintiffs and Defendants.

7. <u>Acknowledgments:</u>   Plaintiffs and Defendants acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

8. <u>Notices:</u>   Notices required under this Agreement shall be in writing and shall be deemed given on the first business day following first-class mailing and electronic transmission thereof.  Notice hereunder shall be delivered to:

To Plaintiffs:

Michael Faillace, Esq.
**MICHAEL FAILLACE & ASSOCIATES, P.C.**
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email: michael@faillacelaw.com

To Defendants:

Joshua Lim
Kim Cho & Lim LLC
460 Bergen Blvd, Suite 305
Palisades Park, NJ 07650
Tel: (201)-585-7400
Fax: (201)-585-7422
Email: joshualim@kcllawfirm.com

9. <u>Governing Law</u>: This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof. The parties consent and stipulate to the personal jurisdiction of the United States District Court for the Southern District of New York and the Supreme Court of the State of New York in any subsequent proceeding to enforce this Agreement.

10. <u>Enforceability</u>: If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement, provided, however, that upon any finding by a court of competent jurisdiction that a release or waiver of claims or rights or a covenant set forth herein is illegal, void or unenforceable, Plaintiffs agree to promptly execute a release, waiver and/or covenant that is legal and enforceable.

11. <u>Construction</u>: The language of this Agreement shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against any of the Parties.

12. <u>Release Notification</u>: Defendants advised Plaintiffs to discuss the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledge that they have consulted with Michael Faillace, Esq. of Michael Faillace & Associates, P.C., Plaintiffs acknowledge that it is their choice to waive any potential claims in return for the benefits set forth herein and that each of them made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiffs confirm that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

13. <u>Counterparts</u>: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile transmission.

14. <u>Entire Agreement</u>: This Agreement is intended by the Parties as a final expression of their agreement and as a complete and exclusive expression of its terms. This Agreement, which shall be deemed to be a contract under seal, shall supersede all prior discussions, promises, representations or understandings, oral and written, among the Parties in connection with the subject matter hereof.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the Parties have each executed this Agreement, signed as a sealed instrument, as of the last date written below.

PLAINTIFFS:

By: _____     Date: _____
    AGUSTIN GARCIA MORAN

By: _____     Date: _____
    MOISES DOMINGUEZ

By: _____     Date: _____
    ROGELIO CAYETANO


DEFENDANTS:

By: _____*signature*_____     Date: 3/15/19
    HEIDI KIM, *on behalf of*
    ORGANIC 7 MARKET, INC.

By: _____*signature*_____     Date: 3/15/19
    HEIDI KIM
    *individually*

By: _____*signature*_____     Date: 3/15/19
    HENRY YOUNSUB BYUN
    *individually*

IN WITNESS WHEREOF, the Parties have each executed this Agreement, signed as a sealed instrument, as of the last date written below.

PLAINTIFFS:

By: _____  Date: 3/14/19
    AGUSTIN GARCIA MORAN

By: _____  Date: 3/14/19
    MOISES DOMINGUEZ

By: _____  Date: 3/14/19
    ROGELIO CAYETANO


DEFENDANTS:

By: _____  Date: _____
    HEIDI KIM, *on behalf of*
    *ORGANIC 7 MARKET, INC.*

By: _____  Date: _____
    HEIDI KIM
    *individually*

By: _____  Date: _____
    HENRY YOUNSUB BYUN
    *individually*

# EXHIBIT A

1231196.1

SUPREME COURT OF THE STATE OF NEW YORK
----------------------------------------x

AGUSTIN GARCIA MORAN, MOISES
DOMINGUEZ, and ROGELIO CAYETANO
*individually and on behalf of others similarly situated,*

*Plaintiffs,*

-against-

ORGANIC 7 MARKET INC. (D/B/A 7 MARKET PLACE INC.), HENRY YOUNSUB BYUN, and HEIDI KIM,

*Defendants.*

----------------------------------------x

United States District Court for the
Southern District of New York
Index No.: **18-cv-02498-JPO-GWG**

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

STATE OF NEW ~~YORK~~ Jersey )
                              : ss.:
COUNTY OF BERGEN )

1. I reside in _Bergen_ County.

2. I, Heidi Kim, am the President and the sole owner of Organic 7 Market Inc. (d/b/a 7 Market Place Inc.). I am duly authorized to make this affidavit of confession of judgment on behalf of Organic 7 Market Inc. (d/b/a 7 Market Place Inc.).

3. Organic 7 Market Inc. (d/b/a 7 Market Place Inc.), maintains its principal place of business in New York County at 707 2nd Avenue, New York, NY 10016.

4. Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiffs and Defendants, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against Organic 7 Market Inc. (d/b/a 7 Market Place Inc.) in favor of Plaintiffs for the sum of One Hundred Thirty-Five Thousand Dollars and No Cents ($135,000.00), less any payments made under the Settlement Agreement, multiplied by two.

5. This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of $135,000.00 to Plaintiffs, less any payments made under the Settlement Agreement, multiplied by two. The amount of this affidavit of confession of judgment represents the settlement amount of $135,000.00, less any payments made under the Settlement Agreement, multiplied by two.

6. This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

7.    I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $135,000.00 (less any amounts already paid to Plaintiffs pursuant to the above schedule, then multiplied by two), against Organic 7 Market Inc. (d/b/a 7 Market Place Inc.).

Organic 7 Market Inc.

By: _____
Heidi Kim
Title: President and CEO

STATE OF New Jersey )
County of Bergen    : ss.:

On this 15th day of March, 2019, before me personally came Heidi Kim, to me known, who, by me duly sworn, did depose and say that deponent resides at in Cliffside Park, NJ, that deponent is the President and the sole owner of Organic 7 Market Inc. (d/b/a 7 Market Place Inc.), the party described herein, and that deponent executed the foregoing Affidavit of Confession of Judgment on behalf of Organic 7 Market Inc. and was authorized to do so.

_____
Notary Public

JENNIFER PARK
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/16/2023

# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
---------------------------------------x

AGUSTIN GARCIA MORAN, MOISES
DOMINGUEZ, and ROGELIO CAYETANO
 *individually and on behalf of others similarly
situated,*

    *Plaintiffs*,

-against-

ORGANIC 7 MARKET INC. (D/B/A 7 MARKET
PLACE INC.), HENRY YOUNSUB BYUN, and
HEIDI KIM,

    *Defendants.*

---------------------------------------x

United States District Court for the
Southern District of New York
Index No.: **18-cv-02498-JPO-GWG**

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

STATE OF NEW ~~YORK~~ JERSEY )
                                  : ss.:
COUNTY OF BERGEN )

1. I reside in _Bergen_ County.

2. Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiffs and Defendants, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against Organic 7 Market Inc. (d/b/a 7 Market Place Inc.) in favor of Plaintiffs for the sum of One Hundred Thirty-Five Thousand Dollars and No Cents ($135,000.00), less any payments made under the Settlement Agreement, multiplied by two.

3. This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of $135,000.00 to Plaintiffs, less any payments made under the Settlement Agreement, multiplied by two. The amount of this affidavit of confession of judgment represents the settlement amount of $135,000.00, less any payments made under the Settlement Agreement, multiplied by two.

4. This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.


5. I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $135,000.00, less any payments made under the Settlement Agreement, multiplied by two, against me, Heidi Kim.

_____
Heidi Kim

Sworn to before me this
15th day of March 2019

_____
Notary Public

JENNIFER PARK
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/16/2023

# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
------------------------------x

| | |
|---|---|
| AGUSTIN GARCIA MORAN, MOISES DOMINGUEZ, and ROGELIO CAYETANO *individually and on behalf of others similarly situated*,<br><br>Plaintiffs,<br><br>-against-<br><br>ORGANIC 7 MARKET INC. (D/B/A 7 MARKET PLACE INC.), HENRY YOUNSUB BYUN, and HEIDI KIM,<br><br>Defendants. | United States District Court for the Southern District of New York<br>Index No.: **18-cv-02498-JPO-GWG**<br><br>**AFFIDAVIT OF CONFESSION OF JUDGMENT** |

------------------------------x

STATE OF NEW ~~YORK~~ JERSEY )
                            : ss.:
COUNTY OF BERGEN )

1. I reside in _Bergen_ County.

2. Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiffs and Defendants, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against Organic 7 Market Inc. (d/b/a 7 Market Place Inc.) in favor of Plaintiffs for the sum of One Hundred Thirty-Five Thousand Dollars and No Cents ($135,000.00), less any payments made under the Settlement Agreement, multiplied by two.

3. This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of $135,000.00 to Plaintiffs, less any payments made under the Settlement Agreement, multiplied by two. The amount of this affidavit of confession of judgment represents the settlement amount of $135,000.00, less any payments made under the Settlement Agreement, multiplied by two.

4. This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

5. I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $135,000.00), less any payments made under the Settlement Agreement, multiplied by two, against me, Henry Younsub Byun.

_____
Henry Younsub Byun

Sworn to before me this
15th day of March 2019

_____
Notary Public

**JENNIFER PARK**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/16/2023