UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AGUSTIN GARCIA MORAN, et al.,                    :

                                                           :   ORDER OF DISCONTINUANCE
                     Plaintiffs,                    18 Civ. 2498 (GWG)

-v.-                                            :

7 MARKET PLACE, INC., et al.,                   :

                    Defendants.               :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/19

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     This case contains claims under the Fair Labor Standards Act. On March 6, 2019, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c).

     The Court held a settlement conference on March 1, 2019, at which time the terms of the settlement were agreed upon. In addition, the parties made a joint application to approve the settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

     At that time, the Court reviewed the proposed settlement, and considered the parties' arguments during the course of a lengthy settlement negotiation. Particularly because of the financial situation of the defendants, and concerns regarding whether any judgment would be collectable, the Court finds that the settlement, which has now been filed with the Court (Docket # 48) is fair and reasonable.

     Accordingly, the settlement is approved and this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

     Any pending motions are moot. The Clerk is requested to close the case.

     SO ORDERED.

Dated: March 18, 2019
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge